FILED

NOV 1 3 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. S1-4:13 CR 295 RWS (TCM) |
| ANTONIO NATHANIEL SPEED, | ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, May 10, 2013, in the County of St. Louis, within the Eastern District of Missouri,

**ANTONIO NATHANIEL SPEED,**

the Defendant herein, having been convicted previously in the District Court for Polk County, Iowa of felonies, crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Iowa, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g) (1).

## COUNT TWO

The Grand Jury further charges that:

On or about, July 11, 2013, in the County of St. Louis, within the Eastern District of Missouri,

**ANTONIO NATHANIEL SPEED,**

the Defendant herein, having been convicted previously in the District Court for Polk County, Iowa of felonies, crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Iowa, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney